# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-00112-MR-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RUTH BELINDA KEETER. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion to Terminate Supervised Release [Doc. 99].

On February 25, 2008, the Defendant pleaded guilty to one count of making counterfeit obligations, in violation of 18 U.S.C. § 471, and one count of possessing counterfeit obligations, in violation of 18 U.S.C. § 472. The Defendant was sentenced on January 29, 2009, to fifty-seven (57) months of imprisonment, followed by three (3) years of supervised release. [Judgment, Doc. 72].

The Defendant now moves the Court to exercise its discretion and terminate her term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). [Doc. 99].

In order to terminate a defendant's term of supervised release, the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In the present case, the Defendant offers no evidence regarding her behavior or her efforts at rehabilitation while on supervised release, other than to aver "that she has abided by all the terms of her supervised release for a period exceeding one year." [Doc. 99 at 1]. While the Defendant's compliance with the terms and conditions of her supervised release is commendable, such compliance alone does not warrant the termination of supervision. Given the lack of information available to the Court regarding the Defendant's conduct during the relatively short time she has been on supervised release, the Court declines to exercise its discretion to terminate the Defendant's term of supervised release at this time.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Terminate Supervised Release [Doc. 99] is **DENIED**. The Defendant's term of supervised release shall continue as originally sentenced.

The Clerk is directed to serve a copy of this Order on the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: January 24, 2013

Martin Reidinger
United States District Judge